PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

for

**Western District Of Missouri**

1:13-MJ303
PAS

2013 SEP -3 PM 4: 22

U.S.A. vs.   **MITCHELL R. GREEN JR.**

Docket No.: 08-00304-01-CR-W-FJG
12-00098-01-CR-W-FJG

TO:      any United States Marshal, or his deputies, or any other authorized law enforcement officer

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named Supervised Releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her Supervised Release imposed by the court. |

| NAME OF SUPERVISED RELEASEE | SEX<br>**Male** | RACE<br>**Black or African American** | | AGE<br>29 |
|---|---|---|---|---|
| ADDRESS (STREET, CITY, STATE) | | | | |

| SENTENCE IMPOSED BY (NAME OF COURT)<br>**WESTERN DISTRICT OF MISSOURI - KANSAS CITY** | DATE IMPOSED<br>**03/18/2010** |
|---|---|

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>**U.S. District Court**<br>**Western District of Missouri**<br>**Kansas City, Missouri** | |
|---|---|

| COURT EXECUTIVE<br>**Ann Thompson** | (BY) DEPUTY CLERK | DATE<br>9/3/2013 |
|---|---|---|

| RETURN |
|---|
| Warrant received and executed. |

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |

| NAME | (BY) | DATE |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )        2013 SEP -3  PM 4: 23
          Plaintiff,               )
                                   )             U.S. FILED
     Vs.                           )
MITCHELL R. GREEN JR.              )    Case No. 08-00304-01-CR-W-FJG
                                   )             12-00098-01-CR-W-FJG
          Defendant.               )

### ORDER FOR ISSUANCE OF WARRANT FOR ARREST

On September 3, 2013, the Probation Office for the Western District of Missouri transmitted a "violation report" recommending that a warrant for arrest be issued.  For good cause appearing and on the recommendation of the Probation Office, it is ORDERED that the Clerk of the Court shall forthwith issue a warrant for arrest directed to any United States Marshal, or any other authorized officer, directing that Mitchell R. Green Jr. be taken into custody and that he be brought before the nearest available United States Magistrate Judge to determine whether there is probable cause to believe that Mitchell R. Green Jr. has committed one or more acts constituting a violation of the Conditions of Supervised Release, thus requiring that he be held for a final revocation hearing before a Judge of this Court.

***ECF DOCUMENT***

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Western District of Missouri

Date Filed: _9/3/2013_  ANN THOMPSON, CLERK

By:_____, Deputy Clerk

/s/Fernando J. Gaitan, Jr.
_____
FERNANDO J. GAITAN JR.
CHIEF U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this   3rd   day of  September  , 2013.

M E M O R A N D U M

Re: Green, Mitchell R

Case No. 08-00304-01-CR-W-FJG
12-00098-01-CR-W-FJG

**Violation Report - Warrant Recommended**

September 3, 2013

TO THE HONORABLE  FERNANDO J. GAITAN, JR.
CHIEF U.S. DISTRICT JUDGE:

**Sentencing History**

**Case No. 08-00304-01-CR-W-FJG**

Offense:      Felon in Possession of a Firearm

Date Sentence Imposed:      03/22/2010      Sentence Imposed:      46 months custody
3 years TSR
$100 MSA

Special Conditions:

        Substance Abuse Treatment and Testing
No Alcohol
Search and Seizure
Mental Health Counseling
No Contact with Person Under Age 18
GED
Employment
Register as Sex Offender
Residential Reentry Center (modified 08/27/2013)

**Case No. 12-00098-01-CR-W-FJG**

Offense:      Escape from Custody

Date Sentence Imposed:      3/27/2013      Sentence Imposed:      15 months custody,
consecutive to Case No.
08-00304-01-CR-W-FJG
3 years TSR
$100 MSA

Special Conditions:

Substance Abuse Treatment and Testing
No Alcohol
Mental Health Treatment
Search and Seizure
RRC (modified 08/27/2013)
GED
Satisfy Warrants/Pending Charges

Date Supervision Began:     8/30/2013     Expiration Date:     8/29/2016

## Alleged Violations

**Violation of Standard Condition**, which reads, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

**Violation of Standard Condition**, which reads, "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

**Violation of Special Condition**, which reads, "The defendant will reside in and satisfactorily participate in the prerelease component of a Residential Re-Entry Center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days."

Green was scheduled to release from custody on August 30, 2013, but did not have an acceptable release plan or residence. Green signed a waiver for residential reentry center (RRC) placement and on August 27, 2013, the Court modified his conditions to include up to 120 days placement at the RRC program (Heartland Center for Behavioral Change). Also on August 27, 2013, Green signed a written directive, acknowledging he was directed to report to the RRC on Saturday, August 31, 2013.

Green released from custody on August 30, 2013, but failed to report to the RRC as directed on August 31, 2013. He has also failed to contact the U.S. Probation Office. Therefore, his whereabouts are unknown, and he is considered an absconder.

## Previous Violations in Instant Supervision

None.

## Supervision Adjustment

Green's adjustment to supervision is unacceptable; he failed to report to the RRC as directed and failed to contact the U.S. Probation Office. His whereabouts are unknown.

**Recommendation**

Green released from custody on August 30, 2013, failed to report to the RRC program as directed, and failed to contact the U.S. Probation Office. His whereabouts are unknown and he is considered an absconder. Therefore, it is respectfully recommended the Court issue a supervised release violator's warrant and he be brought before the Court to determine whether his supervised release (two cases) be revoked.

Should the Court concur, the appropriate Order is included. Should the Court desire other action, please advise.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/Dickson L. Noelle*

Dickson L. Noelle
U. S. Probation Officer

DLN:sb
cc:  Paul Becker, Assistant U.S. Attorney

Approved:    */s/J. Brent Cook*_____, Supervisor

UNITED STATES OF AMERICA v. MITCHELL R. GREEN, JR.

Case No.    08-00304-01-CR-W-FJG
12-00098-01-CR-W-FJG


September 3, 2013

Paul B. Sedler
U.S. Probation Officer

## LIST OF VIOLATIONS

**Violation of Standard Condition**, which reads, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

**Violation of Standard Condition**, which reads, "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

**Violation of Special Condition**, which reads, "The defendant will reside in and satisfactorily participate in the prerelease component of a Residential Reentry Center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days."

Green was scheduled to release from custody on August 30, 2013, but did not have an acceptable release plan or residence.  Green signed a waiver for residential reentry center (RRC) placement and on August 27, 2013, the Court modified his conditions to include up to 120 days placement at the RRC program (Heartland Center for Behavioral Change).  Also on August 27, 2013, Green signed a written directive, acknowledging he was directed to report to the RRC on Saturday, August 31, 2013.

Green released from custody on August 30, 2013, but failed to report to the RRC as directed on August 31, 2013.  He has also failed to contact the U.S. Probation Office.  Therefore, his whereabouts are unknown, and he is considered an absconder.